1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                   **CENTRAL DISTRICT OF CALIFORNIA**
10

11   PHILLIP L. WRIGHT,                    Case No. CV 13-09571 DMG (AFM)
12                       Petitioner,
                                           **JUDGMENT**
13          v.
14   CONNIE GIBSON,
15                       Respondent.
16

17          Pursuant to the Order Accepting Findings and Recommendations of the
18   United States Magistrate Judge,
19          IT IS ORDERED AND ADJUDGED that the Petition is denied and the
20   action is dismissed with prejudice.
21
22   DATED:  February 21, 2017
23
24                                  _____
                                         DOLLY M. GEE
25                                  UNITED STATES DISTRICT JUDGE
26
27
28