IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PHILLIP L. WRIGHT,**<br><br>Petitioner,<br><br>v.<br><br>**CONNIE GIBSON,**<br><br>Respondent. | Case No. CV 13-09571-DMG (AFM)<br><br>**JUDGMENT** |

Following the filing of the Memorandum of the Ninth Circuit Court of Appeals in case number 17-55388 on January 30, 2020, and Respondent's Supplemental Brief Regarding Applicability of Procedural Bar Doctrine on March 12, 2020, IT IS HEREBY ADJUDGED that Petitioner is entitled to relief on his 28 U.S.C. § 2254(d) petition.

/ / /

/ / /

/ / /

/ / /

Petitioner shall be released from custody with respect to his conviction in San Luis Obispo County Superior Court case number F438985 unless he receives a new trial on the issue of sanity within ninety (90) days, plus any additional delay authorized under State law.

DATED: April 7, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE